# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter Sanchez,<br><br>    Plaintiff,<br><br>  v.<br><br>Carolyn Samuelson, et al.,<br><br>    Defendants. | Case No. 2:17-CV-00756-JAK-PLA<br><br>**JUDGMENT**<br><br>**JS-6** |

Based on a review of the Plaintiff's Ex Parte Application for Entry of Stipulated Judgment (the "Application" (Dkt. 28)) and the lack of opposition by either defendant, certain good cause has been shown for the entry of judgment. Therefore, the Application is **GRANTED IN PART** and judgment is entered in favor of Plaintiff and against Defendants Carolyn Samuelson and Gloria Lenor Hakopian in the amount of $8,156.45. This amount is the sum of the remaining $7000 principal amount due under the settlement agreement, prejudgment interest of $156.45, and liquidated damages of $1000. Prejudgment interest has been calculated as follows: (i) principal amount of $7,000; (ii) for 412 days

requested by Plaintiff; and (iii) at a rate equal to that identified pursuant to 28 U.S.C. § 1961 as of July 20, 2019. Insufficient good cause has been shown for either a 10% rate for prejudgment interest or liquidated damages greater than $1000 as an offset to the fees and costs Plaintiff incurred in pursuing the relief granted through this judgment.

IT IS SO ORDERED.

Dated: August 27, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE