UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Walter Sanchez,** | Case No.: 2:17-CV-00756-JAK-PLAx |
| Plaintiff, | **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** |
| v. | |
| **Carolyn Samuelson, et al.,** | Date:        7/1/20 |
| Defendants. | Time:       10:00 am |
| | Courtroom:   780 |

## ORDER

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Gloria Lenor Hakopian is continued from 4/1/20 to 7/1/20 at 10:00 am in Courtroom 780, Roybal Courthouse, 255 E. Temple, Los Angeles, CA .

IT IS SO ORDERED.

Dated      March 17, 2020

_____

Hon. Paul L Abrams

US MAGISTRATE JUDGE