CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis J. Price. Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
Dennisp@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Walter Sanchez,**<br><br>        Plaintiff,<br><br>   v.<br><br>**Carolyn Samuelson,** et al.,<br><br>        Defendants. | Case No. 2:17-CV-00756-JAK-PLA<br><br>**PROOF OF SERVICE** |

   Please take notice that Plaintiff submits the Proof of Service certifying mail service of the Order on request for continuance of debtor examination, Order to Appear for Examination, Civil Subpoena (Duces Tecum) and Production Addendum to Subpoena onto Gloria Lenor Hakopian.

   Mail service was effectuated on March 25, 2020. A copy of the Proof of Service is attached.

Dated: March 29, 2020              CENTER FOR DISABILITY ACCESS

                                   By: /s/ Dennis Price
                                   Dennis Price, Esq.
                                   Attorneys for Plaintiff

1

Proof of Service

# PROOF OF SERVICE

**SANCHEZ V. SAMUELSON**
2:17-CV-00756-JAK-PLA

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200, San Diego, California 92111

On March 25, 2020 I served the following document(s):

**Order on request to continue debtor exam, Order to Appear for Examination, Subpoena to produce documents, Production Addendum to Subpoena**

Addressed to:

> Gloria Lenor Hakopian
> 16103 Sherman Way, Van Nuys, California

- ☑ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☐ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on March 25, 2020, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton

PROOF OF SERVICE